# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2014

Robert P. Young, Jr.,
Chief Justice

150126 & (53)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CARL MENNARE, JR.,
        Plaintiff-Appellee,
and

FAY MARIE MENNARE,
        Plaintiff,

v

        SC: 150126
        COA: 315182
        Ingham CC: 11-000242-NI

BRETT DANIEL RAMSDEN,
        Defendant,
and

CHARTER TOWNSHIP OF LANSING
        Defendant-Appellant.
_____/

        On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to any party.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2014
_____